UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRMA MURILLO,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-00071-JLT-EPG<br><br>STIPULATION AND ORDER<br>(ECF No. 18) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a forty-five (45) day extension of time until October 5, 2026, in which to e-file her Reply Brief which is due on August 19, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: August 12, 2026

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
IRMA MURILLO

Dated: August 12, 2026

*/s/OSCAR GONZALEZ DE LLANO*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 8/12/26]

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including October 5, 2026, to file her Reply Brief.

IT IS SO ORDERED.

Dated: **August 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE