UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA MURILLO,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-00071-JLT-EPG<br>ORDER GRANTING MOTION FOR LEAVE TO EXCEED 10-PAGE LIMIT FOR PLAINTIFF'S REPLY BRIEF<br>(ECF No. 20) |

Before the Court is Plaintiff's motion for leave to exceed the 10-page limit for her reply brief. (ECF No. 20). Plaintiff requests to exceed the page limitation based on the complexity of the legal issues, the procedural history of this matter, and the record in this case, which is over 1900 pages. (*Id.* at 1).

Upon review, IT IS ORDERED that Plaintiff's motion for leave to exceed the 10-page limit for her reply brief, (ECF No. 20), is GRANTED. Plaintiff may file a reply brief that is up to 20 pages in length.

IT IS SO ORDERED.

Dated: **September 29, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE